Carlton KILSON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 103, 2017

Supreme Court of Delaware.

Submitted: May 16, 2017

Decided: July 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1302018916

AFFIRMED.

Bryant GIBBS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 55, 2017

Supreme Court of Delaware.

Submitted: May 22, 2017

Decided: July 14, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 30900498DI (N)

GRANTED. AFFIRMED.

Jermaine BOOKER, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 231, 2016

Supreme Court of Delaware.

Submitted: April 21, 2017

Decided: July 14, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1409017638 (N)

AFFIRMED.

Matthew M. PHLIPOT, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 240, 2017

Supreme Court of Delaware.

Submitted: June 30, 2017

Decided: July 14, 2017

Court Below—Superior Court of the State of Delaware

AFFIRMED.